UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARENA RESTAURANT AND LOUNGE LLC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SOUTHERN GLAZER'S WINE AND SPIRITS, LLC, et al.,<br><br>  Defendants. | Case No. 17-CV-03805-LHK<br><br>**JUDGMENT** |

On September 10, 2018, the Court dismissed Plaintiffs' complaint. ECF No. 67. This dismissal is with prejudice. *Id.* Accordingly, the Clerk shall enter judgment in favor of Defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 10, 2018

_____
LUCY H. KOH
United States District Judge

Case No. 17-CV-03805-LHK
JUDGMENT

1